## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: MICHAEL DERONE HENDERSON,**　　　　　　　　**NO.: 19-13027-JDW**
**DEBTOR**　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9010, Durwood E. McGuffee, Jr., of the law firm of McGuffee Law Firm, does hereby enter his appearance as attorney for Republic Finance, LLC. and requests that all documents, filings and mailings be sent to Durwood E. McGuffee, Jr.

Please add the following names and addresses to the list of creditors:

　　Durwood E. McGuffee, Jr.
　　McGuffee Law Firm
　　Attorney for Republic Finance
　　P.O. Box 4219
　　Brandon, MS 39047
　　durwood@mcguffeelawfirm.com

DATED: This, the 15th day of August, 2019.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　REPUBLIC FINANCE, LLC, Plaintiff

　　　　　　　　　BY:　s/Durwood E. McGuffee, Jr.
　　　　　　　　　　　　DURWOOD E. MCGUFFEE, JR.
　　　　　　　　　　　　MSB # 100131

MCGUFFEE LAW FIRM
P.O. Box 4219
Brandon, MS  39047
Tel: (601) 605-2814
Fax: (601) 829-2947
Attorney for Republic Finance

## **CERTIFICATE OF SERVICE**

    I, Durwood E. McGuffee, Jr., counsel for Republic Finance, LLC., do hereby certify that I have served a true and correct copy of the above and foregoing document to counsel of record by placing said copy in the United States Mail, postage prepaid and/or electronic filing addressed to them at their usual addresses as follows:

Michael Henderson
3084 Shady Grove Road
Batesville, MS 38606
*Debtor*

Hon. Robert H. Lomenick, Jr.
PO Box 417
Holly Springs, MS 38635
*Attorney for Debtor*

Hon. Locke D. Barkley
6360 I-55 North, Ste. 140
Jackson, MS 39211
*Chapter 13 Trustee*

Hon. Ronald H. McAlpin
501 East Court Street, Ste. 6-430
Jackson, MS 39201
*U.S. Trustee*

This, the 15th day of August, 2019.

                                                         s/Durwood E. McGuffee, Jr.
                                                         DURWOOD E. MCGUFFEE, JR.